B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GSCP, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA GSC Group; AKA GSC; AKA GSC Partners; FKA GSCP; FKA Greenwich; FKA Greenwich Street; FKA Greenwich Street Capital; FKA Greenwich Street Capital Partners** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5626520** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 Campus Drive**<br>**Suite 220**<br>**Florham Park, NJ**   ZIP Code **07932** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Morris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **888 Seventh Avenue**<br>**26th Floor**<br>**New York, NY 10019** |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **GSCP, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attached Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District: **SDNY** | Relationship: **Affiliate** | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition  (This page must be completed and filed in every case) | Name of Debtor(s): GSCP, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).  I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _____  Signature of Debtor  X _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.  (Check only one box.)  ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.  ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Michael B. Solow**  Signature of Attorney for Debtor(s)  **Michael B. Solow**  Printed Name of Attorney for Debtor(s)  **Kaye Scholer LLP**  Firm Name  **425 Park Avenue**  **New York, NY 10022**  Address  **212-836-8000**  Telephone Number  **August 31, 2010**  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____  Address  X _____  _____  Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X **/s/ Peter R. Frank**  Signature of Authorized Individual  **Peter R. Frank**  Printed Name of Authorized Individual  **Senior Managing Director of GSC Group, Inc., as Sole Member**  Title of Authorized Individual  **August 31, 2010**  Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re   GSCP, LLC                                              Case No.
                    Debtor(s)

# Schedule 1

## PENDING BANKRUPTCY CASES OF AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed a motion requesting the Court to jointly administer their chapter 11 cases.

    GSC Group, Inc.
    GSCP, LLC
    GSC Active Partners, Inc.
    GSCP (NJ), Inc.
    GSCP (NJ) Holdings, L.P.
    GSCP (NJ), L.P.
    GSC Secondary Interest Fund, LLC

United States Bankruptcy Court
Southern District of New York

In re  GSCP, LLC  
     Debtor(s)

Case No. _____  
Chapter  11

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Avaya Financial Services<br>211 Mt. Airy Road<br>Basking Ridge, NJ 07920 | Avaya Financial Services<br>211 Mt. Airy Road<br>Basking Ridge, NJ 07920<br>800-527-9876 | Vendor | Disputed | 3,981.86 |
| Bombardier Aerospace Corp.<br>3400 Waterview Pkwy<br>Suite 400<br>Richardson, TX 75080 | Bombardier Aerospace Corp.<br>3400 Waterview Pkwy; Suite 400<br>Richardson, TX 75080<br>866-437-1804 | Vendor | Disputed | 66,190.64 |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-6707 | Vendor | Disputed | 13,874.28 |
| Dechert LLP<br>1065 Avenue of the Americas<br>New York, NY 10036 | Dechert LLP<br>1065 Avenue of the Americas<br>New York, NY 10036-6797<br>212-698-3500 | Vendor | Disputed | 43,28837 |
| ICP Asset Management LLC<br>360 Madison Avenue<br>10th Floor<br>New York, NY 10017 | ICP Asset Management LLC<br>360 Madison Avenue<br>10th Floor<br>New York, NY 10017 | Vendor | Disputed | 211,237.41 |
| Manhattan Mechanical<br>227 West 29th Street<br>New York, NY 10001 | Manhattan Mechanical<br>227 West 29th Street<br>New York, NY 10001<br>212-594-3130 | Vendor | Disputed | 856.16 |
| Shareholder.com<br>12 Clock Tower Place<br>Maynard, MA 01754 | Shareholder.com<br>12 Clock Tower Place<br>Maynard, MA 01754<br>800-990-6397 | Vendor | Disputed | 918.04 |
| Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>212-806-5400 | Vendor | Disputed | 175,431.45 |
| Vogel Taylor Engineers LLP<br>417 5th Avenue<br>New York, NY 10016-2204 | Vogel Taylor Engineers LLP<br>417 5th Avenue<br>New York, NY 10016-2204 | Vendor | Disputed | 1,391.77 |
| Vornado Realty Trust<br>210 Route 4<br>East Paramus, NJ 07653 | Vornado Realty Trust<br>210 Route 4<br>East Paramus, NJ 07653 | NY Rent | Disputed | 372,305.37 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                       )      Chapter 11

GSCP, LLC,                         )      Case No. 10-_____ (___)

                   Debtor.

---

## DECLARATION CONCERNING THE
## LIST OF CREDITORS THAT HOLD THE 20 LARGEST
## CONSOLIDATED UNSECURED CLAIMS AGAINST THE DEBTORS

        I, the Senior Managing Director of GSC Group, Inc., as sole member of the company named as the debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing list of the known creditors as of the Petition Date holding the 20 largest unsecured claims against the Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"), and that it is true and correct to the best of my knowledge, information and belief. The list has been prepared on a consolidated basis from the Debtors' books and records and has been prepared in accordance with Bankruptcy Rule 1007(d) for filing in this case. This list does not include (i) persons who fall within the definition of "insider" set forth in Bankruptcy Code section 101 or (ii) secured creditors, unless the collateral is such that there is an unsecured deficiency

Dated: August 31, 2010           Signature     */s/ Peter R. Frank*
                                                                      Peter R. Frank
                                                                      Senior Managing Director of GSC
                                                                      Group, Inc., as Sole Member of
                                                                      GSCP, LLC

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                             18 U.S.C. §§ 152 and 3571

**WRITTEN CONSENT
OF
THE MEMBER
OF
GSCP, LLC**

**August 31, 2010**

The undersigned, being the sole member (the "Member") of GSCP, LLC, a Delaware limited liability company (the "Company"), pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, hereby consents to the taking of the following actions by this written consent in lieu of a meeting and hereby adopts the following resolutions and each and every action effected thereby:

## Chapter 11 Filing

**WHEREAS**, the Member has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the Southern District of New York seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and has determined that it is in the best interests of the Company and its member that the Company file such a petition.

**NOW THEREFORE, BE IT RESOLVED,** that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition hereby is authorized;

## Appointment of Professionals

**RESOLVED FURTHER,** that the law firm of Kaye Scholer LLP and its affiliates hereby are employed under general retainer as attorneys for the Company in the chapter 11 case authorized herein; and

**RESOLVED FURTHER,** that Capstone Advisory Group, LLC hereby are employed as financial advisors and investment bankers for the Company in the chapter 11 case authorized herein.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**IN WITNESS WHEREOF**, the undersigned Member has duly executed this written consent as of the date first written above.

        MEMBER:

        GSC GROUP, INC.

        By: _____
            Name: Peter R. Frank
            Title: Senior Managing Director

# United States Bankruptcy Court
## Southern District of New York

In re  **GSCP, LLC**  
　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GSC Group, Inc.<br>500 Campus Drive<br>Suite 220<br>Florham Park, NJ 07932 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the Senior Managing Director of GSC Group, Inc., as sole member of the company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 31, 2010**　　　　　　　　　　Signature  */s/ Peter R. Frank*  
　　　　　　　　　　　　　　　　　　　　　　**Peter R. Frank**  
　　　　　　　　　　　　　　　　　　　　　　**Senior Managing Director of GSC Group, Inc., as Sole Member of GSCP, LLC**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ) Chapter 11
)
GSCP, LLC, ) Case No. 10-[_____] (___)
)
          Debtor. ) (Joint Administration Requested)
)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, GSCP, LLC (the "Debtor") respectfully represents as follows:

1.      GSC Group, Inc. is a corporation, other than a governmental unit, that directly owns 10% or more of the Debtor's LLC membership interest.[1]

---

[1] GSC Group, Inc., directly or indirectly through certain of its subsidiaries and affiliates, may own an interest in various partnerships and joint ventures including, but not limited to, the following: Greenwich Street Capital Partners, L.P.; Greenwich Street Capital Partners II, L.P.; GSCP Recovery, Inc.; GSC Recovery II, L.P.; GSC Recovery IIA, L.P.; GSC Recovery III, L.P.; GSC European Mezzanine Fund, L.P.; GSC European Mezzanine Fund II, L.P.; GSC European Mezzanine Investors, L.P.; GSC European Mezzanine Investors II, L.P.; GSC Affiliated Investors, L.P.; GSC Recovery II GP, L.P.; GSC Recovery IIA GP, L.P.; GSC Recovery III GP, L.P.; GSC Partners CDO Investors, L.P.; GSC Partners CDO Investors II, L.P.; GSC Partners CDO Investors III, L.P.; GSC Partners CDO Investors IV, L.P.; GSC Partners CDO Fund, Ltd.; GSC Partners CDO Fund II, Ltd.; GSC Partners CDO Fund III, Ltd.; GSC Partners CDO Fund IV, Ltd.; GSC Partners CDO Fund V, Ltd.; GSC Partners CDO Fund VI, Ltd.; GSC Partners CDO Fund VII, Ltd.; GSC Partners CDO Fund VIII, Ltd.; GSC Partners Gemini Fund, Ltd.; GSC Capital Corp. Loan Funding 2005-1; GSC European CDO I-R, S.A.; GSC European CDO II, S.A.; GSC European CDO III, S.A.; GSC European CDO IV, S.A.; GSC European CDO V, PLC; GSC ABS CDO 2005-1, Ltd.; GSC ABS CDO 2006-1c., Ltd.; GSC ABS CDO 2006-2m, Ltd.; GSC ABS CDO 2006-4u, Ltd.; Cetus ABS CDO 2006-1, Ltd.; Cetus ABS CDO 2006-2, Ltd.; Cetus ABS CDO 2006-3, Ltd.; Cetus ABS CDO 2006-4, Ltd.; Palmer ABS CDO 2007-1, Ltd.; Laguna Seca ABS CDO, Ltd.; Squared CDO 2007-1, Ltd.; NBK Capital-GSC Mezzanine Carry GP, L.P.; NBK Capital-GSC Mezzanine Fund Company; NBK Capital-GSC Group Mezzanine General Partner Limited; LCM Fund I, Ltd.; GSC European Credit Fund; Eliot Bridge Fund; and Pendulum Fund.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned Senior Managing Director of GSC Group, Inc., as sole member of the company named as debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: August 31, 2010         By: */s/Peter R. Frank*
                                                      Peter R. Frank
                                                     Senior Managing Director of
                                                     GSC Group, Inc., as Sole Member
                                                     of GSCP, LLC